

**FILED**

**Margaret Botkins**
**Clerk of Court**

3:13 pm, 1/27/23

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

JEREMY E. SMITH,

                Plaintiff,

vs

BANNER HEALTY, doing business as Wyoming Medical Center, et al.,

               Defendants.

Case Number: 22-CV-212-SWS

### JUDGMENT IN A CIVIL ACTION

Pursuant to the Order Granting Motion for Summary Judgment (Doc. 24), entered January 27, 2023, which is fully incorporated by this reference,

IT IS HEREBY ORDERED that final judgment is entered in Defendants' favor in accordance with that order and this action is DISMISSED.

Dated this 27th day of January, 2023.

                                            Margaret Botkins
                                            Clerk of Court

                                            By Kim Blonigen
                                            Deputy Clerk